ORIGINAL

1  **SABLANCONST.com**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MIKEL W. SCHWAB
   Assistant U.S. Attorney
4  JESSICA F. CRUZ
   Assistant U.S. Attorney
5  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
6  Hagåtña, Guam 96910
   TEL: (671) 472-7332
7  FAX: (671) 472-7215

8  Attorneys for the United States of America

9

**F I L E D**
Clerk
District Court

MAR 1 8 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

10              IN THE UNITED STATES DISTRICT COURT

11        FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS

12  UNITED STATES OF AMERICA,           )   CIVIL CASE NO. CV 08 - 0015
13                                      )
              Plaintiff,                )
14                                      )
         vs.                            )
15                                      )   C O M P L A I N T
    SABLAN CONSTRUCTION COMPANY, LTD.   )
16  a/k/a SABLAN CORPORATION d/b/a      )
    SABLAN ROCK QUARRY a/k/a            )
17  SABLAN ENTERPRISES, INC.,           )
                                        )
18            Defendant.                )
                                        )
19  ────────────────────────────────────)

20       The United States of America, acting on behalf of the Occupational Safety and

21  Health Administration (OSHA), U.S. Department of Labor, pursuant to a referral by the

22  U.S. Department of Treasury pursuant to the Debt Collection Improvement Act of 1996,

23  31 U.S.C. § 3701 et seq., files its original complaint to collect civil money penalties

24  against defendant, SABLAN CONSTRUCTION COMPANY, LTD. a/k/a SABLAN

25  CORPORATION d/b/a SABLAN ROCK QUARRY a/k/a SABLAN ENTERPRISES,

26  INC. ("Sablan Construction"), individually and in any other name under which the

27  company conducts business in this judicial district.  The purpose of this civil action is to

28  collect delinquent debts totaling $1,046,836.57 as of March 19, 2007, arising from

1  numerous Civil Money Penalties imposed by OSHA on Defendant, for violations of the

2  Occupational Health and Safety Act of 1970 and OSHA regulations at 29 C.F.R. Part

3  1926.

4  **JURISDICTION AND VENUE**

5      1.    This action arises under the Federal Debt Collections Procedures Act (FDCPA),

6  28 U.S.C. § 3001 et seq.  This Court has jurisdiction under 28 U.S.C. §1355.

7      2.    Venue is proper, pursuant to 28 U.S.C. §1391(b), in this judicial district for the

8  reason that Defendant's principal office is located in Saipan, Commonwealth of the Northern

9  Mariana Islands, Defendant is doing business in this judicial district, and the actions complained

10  of herein were taken by Defendant in this judicial district.  Sablan Construction can be served at

11  its principal place of business located at: Afetnas Square, P.O. Box 501944, Saipan, MP 96950.

12  **PARTIES**

13      3.    At all times material to this civil action, the Department of Labor was an agency

14  of the plaintiff, United States.

15      4.    At all times material to this civil action, Sablan Construction has conducted

16  business and the acts complained of herein and for which the enforcement of the civil money

17  penalty is sought within this judicial district.  During times material to this civil action, upon

18  information and belief, Sablan Construction has operated its general construction business under

19  the name "Sablan Construction Company, Ltd" as well as other names, including but not limited

20  to: "Sablan Corporation d/b/a Sablan Rock Quarry" and "Sablan Enterprises, Inc."

21  **COUNT ONE**

22      5.    On or about July 18, 1991, an OSHA safety officer conducted a comprehensive

23  safety inspection of Defendant's operations at its Sablan Building located at Chalan Piao and

24  found multiple violations.  On October 17, 1991, Sablan Construction was issued fifteen (15)

25  citations by OSHA, seven of which were noted to be "serious" violations.

26      6.    On or about March 23, 1992, an OSHA safety officer conducted a comprehensive

27  safety inspection of Defendant's office extension at its Chalan Piao location and found certain

28  violations.  On June 17, 1992, Sablan Construction was issued two (2) citations.

- 2 -

7.     On or about March 23, 1992, an OSHA safety inspector conducted a comprehensive safety inspection of Defendant's rooming and boarding houses located at its warehouse and barracks expansion.  The OSHA inspector found two violations.  On August 17, 1992, issued Sablan Construction two (2) citations, of which both were noted to be "serious" violations.

8.     On or about April 19, 1995, an OSHA area director conducted a comprehensive health inspection of Defendant's rooming and boarding houses at the San Antonio Barracks and found certain violations.  On July 14, 1995, Sablan Construction was issued two (2) citations by OSHA, one of which was noted to be a "serious" violation.

9.     On or about March 26, 1998, an OSHA safety officer conducted a safety inspection to investigate the fatality of Abraham Dulay, which occurred during Defendant's operations located at NE of Stanford Resort San Vice.  The OSHA safety inspector found one violation.  On May 11, 1998, Sablan Construction was issued one (1) citation.

10.    On or about July 14, 1998, an OSHA health officer conducted a comprehensive safety inspection of Defendant's rooming and boarding houses at its San Antonio location and found certain violations.  On September 29, 1998, Sablan Construction was issued two (2) citations by OSHA.

11.    On or about July 14, 1998, an OSHA health officer conducted a comprehensive safety inspection of the Defendant's rooming and boarding houses at its Chalan Pago location and found multiple violations. On September 29, 1998, Sablan Construction was issued four (4) citations by OSHA, two of which were noted to be  "serious" violations.

12.    On or about May 7, 2001, an OSHA health officer conducted a comprehensive health inspection of the water, sewer, and utility lines and rooming and boarding houses located at Defendant's San Antonio location.  The OSHA inspector found several violations.  On April 23, 2001, Sablan Construction was issued four (4) citations, two of which were noted to be "repeat" violations.

//

//

- 3 -

13.    Pursuant to the Certificate of Indebtedness prepared by the U.S. Department of Treasury, Sablan Construction is indebted to the United States in the principle amount of $700,000.00 plus accrued interest, administrative charges, and penalty charges. A true and correct copy of the Certificate of Indebtedness is attached hereto as Exhibit "A."

14.    Due demand has been made upon the defendant for the principal amount of $700,000.00 plus accrued interest, penalties and administrative charges and Defendant has failed, neglected, and refused to pay said indebtedness.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against the Defendant as follows:

1)    pursuant to Count 1, a judgement in the amount of the principal amount of $700,000.00 together with accrued pre-judgment interest in the amount of $65,335.20 through March 19, 2007, and at the legal rate thereafter to the date judgment;

2)    administrative charges in the amount of $228,999.87;

3)    penalty charges in the amount of $52,501.50;

4)    assessment of a 10% surcharge pursuant to the provisions of Section 3011 of the Federal Debt Collection Procedures Act; and

5)    post-judgment interest at the legal rate, together with costs, including $350.00 in filing fees under 28 U.S.C. §§ 2412(a)(2) and 1914(a); and for such other and further relief as this Court deems just and proper.

So submitted this March 18, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By:    _____
       *per* MIKEL W. SCHWAB
       Assistant U.S. Attorney
       JESSICA F. CRUZ
       Assistant U.S. Attorney
       *Attorneys for the United States of America*



# U. S. DEPARTMENT OF THE TREASURY
## FINANCIAL MANAGEMENT SERVICE
### WASHINGTON, D. C.

### ACTING ON BEHALF OF
U.S. Department of Labor, Employment Standards Administration
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and
Address(es):

Sablan Construction Company, Ltd.
Post Office Box 501944
Saipan, MP  96950

**Total debt due United States as of March 19, 2007:  $1,046,836.57**

I certify that the U.S. Department of Labor, Employment Standards Aministration records
show that the debtor named above is indebted to the United States in the amount stated
above.

**CERTIFICATION:**   Pursuant to 28 USC ss. 1746, I certify under penalty of perjury
that the foregoing is true and correct to the best of my knowledge and belief based upon
information provided by the Small Business Administration.

Date: 3/19/07

Edward Underwood

Financial Program Specialist

U.S. Department of the Treasury

Financial Management Service


EXHIBIT
A