ORIGINAL Case 1:08-cv-00015  Document 2  Filed 03/19/2008  Page 1 of 4

FILED
Clerk
District Court

MAR 19 2008

By_____
(Deputy Clerk)

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court
## For The Northern Mariana Islands

DISTRICT OF __THE NORTHERN MARIANA ISLANDS__

UNITED STATES OF AMERICA

V.

SABLAN CONSTRUCTION COMPANY, LTD.
a/k/a SABLAN CORPORATION d/b/a
SABLAN ROCK QUARRY a/k/a
SABLAN ENTERPRISES, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV 08 0015

TO: (Name and Address of Defendant)
    Agnes G. Sablan (Registered Agent)
    P.O. Box XXXXX
    Saipan, MP  96950

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    MIKEL W. SCHWAB, Assistant U.S. Attorney
    JESSICA F. CRUZ, Assistant U.S. Attorney
    U.S. Attorney's Office
    Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
    Hagatna, Guam  96910

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MAR 18 2008

GALO L. PEREZ
CLERK

BY DEPUTY CLERK

DATE

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  03-18-08 |
| NAME OF SERVER (PRINT)  Don D. Hall, S | TITLE  SDUSM |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: SABLAN CONSTRUCTION AFETNA BLDG - SAN ANTONIO

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $3.88 | $45.00 | $48.88 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  03-18-08          /s/ DHall
           Date                Signature of Server

                              SAIPAN, MP
                              Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| SABLAN CONSTRUCTION COMPANY, LTD. a/k/a SABLAN CORPORATION d/b/a SABLAN ROCK QUARRY a/k/a SABLAN ENTERPRISES, INC. | SERVICE OF COMPLAINT & SUMMONS |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Agnes G. Sablan (Registered Agent)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Saipan, MP

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

United States Attorney's Office, Financial Litigation Unit
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

See attached for information purpose only. Not to be filed with the Court.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
MIKEL W. SCHWAB, Assistant U.S. Attorney
TELEPHONE NUMBER: 671-472-7332
DATE:

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 005 | District to Serve No. 005 | Signature of Authorized USMS Deputy or Clerk | Date 03-18-08 |
|---|---|---|---|---|---|
| | 1 | | | | |

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only if different than shown above*)

Date: 03-18-08    Time: 3:12 [X] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45.00 | $3.88 | -0- | $48.88 | -0- | ~~$0.00~~ $48.88 |

REMARKS: SERVED ON 1ST ENDEAVOR
8 MILES ROUNDTRIP
1 DEPUTY X 1 HOUR X $45.00

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**INSTRUCTIONS FOR SERVICE OF PROCESS BY U.S. MARSHAL**

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES. Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.