```
1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Tel: 671-472-7332
5  Fax: 671-472-7215

6  Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 08-00015 |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| SABLAN CONSTRUCTION LTD. AND SABLAN ENTERPRISES, INC., | |
| Defendant. | |

    I, ERIC G. GREGOIRE, of the U.S. Attorney's Office, in the District of the Northern Mariana Islands, hereby certify that, on April 7, 2008, I caused to be served by personal service a copy of the AMENDED COMPLAINT in Civil Case No. 08-00015, <u>United States of America vs. Sablan Construction Company, Ltd. and Sablan Enterprises, Inc.</u>, to the following attorney(s) of record:

    Brien Sers Nicholas, Esq.
    Law Office of Brien Sers Nicholas
    1st Floor, Cabrera Center, Beach Road
    P.O. Box 502876
    Saipan, MP 96950

*Attorneys for Sablan Construction Co., Ltd. and Sablan Enterprises, Inc.*

_____
ERIC G. GREGOIRE
Victim/Witness Asssiant