SERS NICHOLAS LAW OFFICE
BRIEN SERS NICHOLAS
Attorney at Law
Cabrera Center, 1st Floor
Lower Gualo Rai, Beach Road
P.O. Box 502876
Saipan, MP 96950

Telephone Nos.: (670) 235-7190/91
Facsimile No.: (670) 235-7192

Attorney for Defendants

F I L E D
Clerk
District Court

APR 3 0 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ] | CIVIL CASE NO. CV-08-00015 |
| Plaintiff, ] | |
| vs. ] | STIPULATION FOR EXTENSION OF TIME and ORDER |
| SABLAN CONSTRUCTION COMPANY, LTD., and SABLAN ENTERPRISES, INC., ] | |
| Defendants. ] | |

COME NOW THE PARTIES HERETO, by and through their respective Counsels, and stipulate that this Honorable Court may allow the Defendants herein to have until June 16, 2008 to answer or otherwise respond to Plaintiff's Complaint in this matter. The foregoing stipulation is based on said Defendants' needs for additional time to review the numerous documents relevant to this matter as well as to give the Parties any opportunities to further discuss this matter in hopes of reaching any potential settlement should the same be warranted.

//
//
//
//
//
//
//

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

_____
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL M. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215
Counsel for Plaintiff

Dated: April 30, 2008

_____
BRIEN SERS NICHOLAS, ESQ.
Counsel for Defendants

Dated: April 30, 2008

ORDER:

BASED UPON THE FOREGOING AND GOOD CAUSE APPEARING, said Stipulation for Extension of Time is hereby GRANTED.

SO ORDERED this 30TH day of April, 2008.

_____
ALEX R. MUNSON,
Chief Judge

2