THE LAW OFFICE OF PERRY B. INOS, LLC
Suite 2-C Sablan Building
Beach Road, Chalan Kanoa
P.O. Box 502017
Saipan, MP 96950

Tel: (670) 235-9006
Fax. (670) 235-9007

Attorneys for Sablan Enterprises, Inc.

# IN THE UNITED DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SABLAN CONSTRUCTION COMPANY, LTD. and SABLAN ENTERPRISES, INC.,<br><br>Defendant. | CIVIL CASE NO.: 08-00015<br><br>**SABLAN ENTERPRISES' ANSWER TO AMENDED COMPLAINT** |
|---|---|

Sablan Enterprises, Inc. ("SEI"), by and through counsel, answers Plaintiff's Amended Complaint as follows:

1.     SEI admits the allegations in paragraphs 1, 2, 3, 5 and 61 through 93 of the Amended Complaint.

2.     SEI denies the allegations in paragraphs 4 and 11 through 60 of the Amended Complaint for lack of sufficient information to form a belief as to the truth of the allegations therein.

3.     SEI denies the allegations in paragraphs 6, 7, 6, 7, 8, and 9 of the Amended

1  Complaint.

2  4.  All allegations not specifically admitted to herein are denied.

## Affirmative Defenses

Defendant gives notice that it intends to rely upon the affirmative defense of:

A.  SEI was not notified of the alleged violations in Count 7 of the Amended Complaint.

B.  Laches

C.  Statute of limitations

D.  Waiver

E.  Estoppel

F.  Failure to state a claim upon which relief can be granted.

Prayer

Wherefore, SEI prays for the Amended Complaint to be dismissed for other equitable relief.

Dated this 27th day of June, 2008.

/s/
Perry B. Inos
Counsel for Sablan Enterprises, Inc.