LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>SABLAN CONSTRUCTION COMPANY, LTD. and SABLAN ENTERPRISES, INC.,<br><br>          Defendants. | Civil Case No. CV08-0015<br><br><br>**STIPULATION FOR ENTRY OF JUDGMENT AGAINST SABLAN CONSTRUCTION COMPANY, LTD.** |

The undersigned parties hereby stipulate for an Entry of Judgment in the amount of ONE HUNDRED THOUSAND DOLLARS ($100,000.00), plus any additional applicable post-judgment interest, against Defendant Sablan Construction Company, Ltd.

//

//

//

1

SO STIPULATED: this 14th day of July, 2008.

        SABLAN CONSTRUCTION CO., LTD.

        /s/ Rita S. Palacios
        RITA S. PALACIOS
        President & Authorized Representative for
        Sablan Construction Co., Ltd.

SO STIPULATED: this 14th day of July, 2008.

        SERS NICHOLAS LAW OFFICE

        /s/ Brien Sers Nicholas
        BRIEN SERS NICHOLAS
        Attorney for Defendant
        Sablan Construction Co., Ltd.

SO STIPULATED: this 14th day of July, 2008.

        LEONARDO M. RAPADAS
        United States Attorney
        Districts of Guam and the NMI

By:   /s/ Jessica F. Cruz
        JESSICA F. CRUZ
        Assistant U.S. Attorney
        MIKEL SCHWAB
        Assistant U.S. Attorney
        Attorneys for Plaintiff