LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
108 Hernan Cortez Ave.
Sirena Plaza, Ste. 500
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SABLAN CONSTRUCTION COMPANY, LTD. and SABLAN ENTERPRISES, INC.,<br><br>Defendant. | CIVIL CASE NO. 08-0015<br><br>**PLAINTIFF'S REQUEST TO PARTICIPATE TELEPHONICALLY**<br><br>Date:    July 21, 2008<br>Time:   8:30 a.m.<br>Judge:  Hon. Alex R. Munson |

The United States of America requests that the Court permit counsel, JESSICA F. CRUZ, Assistant U.S. Attorney, to participate via telephone in the hearing presently scheduled for July 21, 2008 at 8:30 a.m. She can be reached at #671-472-7332, ex. 139.

DATED: this 15th day of July, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: /s/ Jessica F. Cruz
JESSICA F. CRUZ
Assistant U.S. Attorney