FILED
Clerk
District Court

JUL 16 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SABLAN CONSTRUCTION COMPANY, LTD. and SABLAN ENTERPRISES, INC.,

Defendant.

Civil Action No. 08-0015

Order

Mikel W. Schwab
United States Attorney
Serena Plaza, Suite 500
108 Hernan Cortes Avenue
Hagatna, Guam, 96910

Perry C. Inos
Attorney at Law
P.O. Box 502017
Saipan, MP 96950

The request of Counsel for Plaintiff, Jessica F. Cruz, to appear via telephone in the Case Management Conference scheduled for Monday, July 21, 2008, at 8:30 a.m., is GRANTED.

IT IS SO ORDERED.

DATED this 16th day of July, 2008.

_____
Judge Alex R. Munson