LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

F I L E D
Clerk
District Court

JUL 2 1 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SABLAN CONSTRUCTION COMPANY, LTD. and SABLAN ENTERPRISES, INC.,<br><br>Defendants. | Civil Case No. CV08-0015<br><br>**(PROPOSED) CASE MANAGEMENT PLAN** |

Pursuant to Federal Rules of Civil Procedure 16 and Local Rule 16.2CJ, the parties hereby submit the following Case Management and Discovery Plan:

A.  **Nature of the Case:**  Plaintiff, United States of America, acting on behalf of Occupational Safety and Health Administration (OSHA), U.S. Department of Labor, pursuant to a referral by the U.S. Department of Treasury, alleges that Defendants violated numerous sections of the OSHA Act and OSHA Regulations, and is attempting to collect delinquent debts

1

arising from numerous Civil Money Penalties imposed by OSHA on Defendants.

**B.**   **Service of process on parties not yet served:** All parties have been served.

**C.**   **Track Assignment:** This case will be assigned to the Standard Track per the Court's recommendation.

**D.**   **Anticipated Motions:**

    1.   The anticipated discovery motions are: **None are anticipated at this time.**

All discovery motions shall be filed on or before **November 5, 2008**.

    2.   The anticipated dispositive motions are: **Unknown at this time**.

All dispositive motions shall be filed on or before **December 10, 2008**.

    3.   Last day to file Motion(s) to Amend: **August 29, 2008**.

    4.   Last day to file Motion to Add Parties: **August 29, 2008**.

**E.**   **Joinder of Parties:** Last day to join parties is: **August 29, 2008**.

**F.**   **Necessity of Special Procedures:** None.

**G.**   **Discovery Plan:** The following is the description and schedule of all pretrial discovery each party intends to initiate prior to the close of discovery:

    1.   **Initial Disclosures:** The United States served its Initial Disclosures on July 8, 2008. The Defendants' Initial Disclosures have not yet been served.

    2.   **Depositions:** Depositions are still to be scheduled.

    3.   **Written Discovery:** Each party may propound interrogatories and requests to produce and requests for admissions within the limits set by the Federal Rules of Civil Procedure. If either party determines that it needs to propound more discovery than permitted by the Rules, the parties will confer in good faith to accommodate reasonable

discovery requests prior to the filing of any motion relating to a discovery dispute.

4. **Discovery Cutoff**: The discovery cutoff date (defined as the last date to file responses to discovery) shall be **January 8, 2009**.

5. **Expert Discovery**:

a. The disclosures of Plaintiff's expert testimony required under Federal Rule of Civil Procedure 26(a)(2) shall be made by **September 17, 2008**.

b. The disclosures of Defendants' expert testimony required under Federal Rule of Civil Procedure 26(a)(2) shall be made by **October 15, 2008**.

c. Any designation of rebuttal expert testimony under Rule 26(a)(2) shall be made no later than **October 29, 2008**.

d. The depositions of experts may be scheduled at any time at least 20 days subsequent to the submission of rebuttal reports and the depositions of said experts shall be completed no later than **December 10, 2008**.

H. **Settlement**: The prospects for settlement are being explored.

I. **Settlement Conference**: The parties wish to submit this case to a settlement conference after adequate discovery has occurred.

J. **Preliminary Pretrial Conference**: The preliminary pretrial conference shall be held on ___N/A___.

K. **Pretrial Filings**: The parties' pretrial materials, discovery materials, witness lists, exhibit lists, and designation of discovery responses shall be filed on or before **March 2, 2009**.

L. **Pretrial Order**: The proposed pretrial order shall be filed on or before **March 2, 2009**.

M. **Final Pretrial Conference**: The final pretrial conference shall be held on *MAR. 6 2009*

3

1  _9:00_ a.m.

2  N.  **Trial:**  Trial shall commence at **March 16, 2009** at _9:00_ a.m.

3  O.  **Jury:**  This is a trial before the Court; no jury.

4  P.  **Anticipated Trial Time:**  It is anticipated that it will take approximately 5-7 days to try

5  this case.

6  Q.  **Identity of Counsel:**

7  Jessica F. Cruz - Assistant U.S. Attorney
   U.S. Attorney's Office
8  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
9  Hagåtña, GU  96910
   *Attorneys for Plaintiff*
10

   Perry B. Inos
11 Law Offices of Perry B. Inos, LLC
   Sablan Building, Suite 2-C
12 Beach Road, Chalan Kanoa
   P.O. Box 502017
13 Saipan, MP  96950
   *Attorneys for Defendant Sablan Enterprises, Inc.*
14

   Brien Sers Nicholas
15 Sers Nicholas Law Office
   Cabrera Center, First Floor
16 Lower Gualo Rai, Beach Road
   P.O. Box 502876
17 Saipan, MP  96950
   *Attorneys for Defendant Sablan Construction Co.*
18

       WHEREFORE, the parties respectfully request this Court adopt this Case Management
19
   Plan.
20
   //
21
   //
22

23                                         4

24

SO ORDERED: _____.

_____
HON. ALEX R. MUNSON
**District Court Judge**

SO STIPULATED: this 14th day of July, 2008.

                LAW OFFICES OF PERRY B. INOS, LLC

                /s/ Perry B. Inos
                PERRY B. INOS
                Attorneys for Defendant
                Sablan Enterprises, Inc.

SO STIPULATED: this 14th day of July, 2008.

                SERS NICHOLAS LAW OFFICE

                /s/ Brien Sers Nicholas
                BRIEN SERS NICHOLAS
                Attorneys for Defendant
                Sablan Construction Co.

SO STIPULATED: this 14th day of July, 2008.

                LEONARDO M. RAPADAS
                United States Attorney
                Districts of Guam and the NMI

By:  /s/ Jessica F. Cruz
      JESSICA F. CRUZ
      Assistant U.S. Attorney
      Attorneys for Plaintiff