LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | Civil Case No. CV08-0015 |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND (PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST SABLAN ENTERPRISES, INC.** |
| SABLAN CONSTRUCTION COMPANY, LTD. and SABLAN ENTERPRISES, INC., | |
| Defendants. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated by and among all parties to this action, through their respective attorneys of record, that all claims filed by the United States against Sablan Enterprises, Inc., shall be dismissed with prejudice, each party to bear its own costs.

//

//

1

1  SO STIPULATED: this 21st day of July, 2008.

2                                        LAW OFFICES OF PERRY B. INOS, LLC

3

4                                        /s/ Perry B. Inos
                                         PERRY B. INOS
                                         Attorneys for Defendant
5                                        Sablan Enterprises, Inc.

6

7
   SO STIPULATED: this 21st day of July, 2008.
8
                                         LEONARDO M. RAPADAS
9                                        United States Attorney
                                         Districts of Guam and the NMI
10

11                                        /s/ Jessica F. Cruz
                                         JESSICA F. CRUZ
12                                       Assistant U.S. Attorney
                                         MIKEL SCHWAB
13                                       Assistant U.S. Attorney
                                         Attorneys for Plaintiff
14

15 **APPROVED AND ORDERED.**

16
   Dated: _____, 2008
17                                       _____
                                         DISTRICT COURT JUDGE
18

19

20

21

22

23                                    2

24