LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

F I L E D
Clerk
District Court

JUL 2 1 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SABLAN CONSTRUCTION COMPANY, LTD. and SABLAN ENTERPRISES, INC.,<br><br>Defendants. | Civil Case No. CV08-0015<br><br>STIPULATION AND (PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST SABLAN ENTERPRISES, INC. |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated by and among all parties to this action, through their respective attorneys of record, that all claims filed by the United States against Sablan Enterprises, Inc., shall be dismissed with prejudice, each party to bear its own costs.

//

//

1

SO STIPULATED: this 21st day of July, 2008.

        LAW OFFICES OF PERRY B. INOS, LLC

        /s/ Perry B. Inos
        PERRY B. INOS
        Attorneys for Defendant
        Sablan Enterprises, Inc.

SO STIPULATED: this 21st day of July, 2008.

        LEONARDO M. RAPADAS
        United States Attorney
        Districts of Guam and the NMI

        /s/ Jessica F. Cruz
        JESSICA F. CRUZ
        Assistant U.S. Attorney
        MIKEL SCHWAB
        Assistant U.S. Attorney
        Attorneys for Plaintiff

**APPROVED AND ORDERED.**

Dated: 7-21-08, 2008

        _____
        DISTRICT COURT JUDGE

2