F I L E D
Clerk
District Court

JUL 21 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 08-0015 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER CLOSING FILE |
| ) | |
| SABLAN CONSTRUCTION ) | |
| COMPANY, LTD. and SABLAN ) | |
| ENTERPRISES, INC., ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

There remaining nothing before the court requiring its consideration; NOW, THEREFORE,

IT IS ORDERED that this file be and hereby is closed.

DATED this 21st day of July, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)