F I L E D
Clerk
District Court

JUL 23 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 08-0015 |
| | ) | |
| Plaintiff | ) | |
| | ) | ORDER VACATING |
| v. | ) | ORDER CLOSING FILE |
| | ) | |
| SABLAN CONSTRUCTION COMPANY, LTD. and SABLAN ENTERPRISES, INC., | ) ) ) | |
| | ) | |
| Defendants | ) | |

IT IS ORDERED that the July 21, 2008, order closing this file be and hereby is vacated.

DATED this 23rd day of July, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)